

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROCKY D. BERRY | CIVIL ACTION 11-1611 |
| VERSUS | DISTRICT JUDGE DRELL |
| TOYOTA MOTOR SALES, U.S.A., INC. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #7, be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 6th day of January, 2012.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**